Greg Ozhekim (SBN 162637)
OZ LAW GROUP, INC.
21650 Oxnard Street, Suite 500
Woodland Hills, California 91367
Telephone: 818-712-9000
Facsimile: 818-530-7817

Attorneys for Defendants
MELVIN SHANOIAN; SHARON SHANOIAN; and THE MELVIN AND SHARON SHANOIAN LIVING TRUST UTD MARCH 14, 2002

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ANTHONY BOUYER,**<br><br>          Plaintiff,<br><br>     v.<br><br>**MELVIN SARKIS SHANOIAN AND SHARON ELIZABETH SHANOIAN, individually and as trustees of THE MELVIN AND SHARON SHANOIAN LIVING TRUST UTD MARCH 14, 2002**; and Does 1-10, inclusive<br><br>          Defendants. | CASE NO. 2:20-cv-03599-MWF (RAOx)<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**<br><br>Complaint Served: May 10, 2020<br>Current Response Date: June 1, 2020<br>New Response Date: July 1, 2020<br><br>District Judge: Michael W. Fitzgerald<br>Magistrate Judge: Rozella A. Oliver |

# STIPULATION AND REQUEST TO EXTEND TIME TO FILE RESPONSE TO INITIAL COMPLAINT

Plaintiff Anthony Bouyer ("Plaintiff") and Defendants Melvin Shanoian and Sharon Shanoian as individuals and as trustees of the Melvin and Sharon Shanoian Living Trust UTD March 14, 2002 ("Shanoian"), jointly stipulate to extend the time for Shanoian to file a response to the initial complaint from June 1, 2020, to July 1, 2020.

IT IS SO STIPULATED.

Respectfully Submitted,

Dated: May 20, 2020　　　　　　　　　MANNING LAW, APC

By: /s/
Craig Côté
Attorneys for Plaintiff
ANTHONY BOUYER

Dated: May 20, 2020　　　　　　　　　OZ LAW GROUP, INC.

By: /s/
Greg Ozhekim,
Attorneys for Defendants
MELVIN SHANOIAN; SHARON SHANOIAN; and THE MELVIN AND SHARON SHANOIAN LIVING TRUST UTD MARCH 14, 2002

1

# SIGNATURE ATTESTATION

I hereby attest that all signatories listed above, on whose behalf this stipulation is submitted, concur in the filing's content and have authorized the filing.

Dated: May 20, 2020            OZ LAW GROUP, INC.

By: __/s/_____
Greg Ozhekim,
Attorneys for Defendants
MELVIN SHANOIAN; SHARON SHANOIAN; and THE MELVIN AND SHARON SHANOIAN LIVING TRUST UTD MARCH 14, 2002

**2:20-cv-03599-MWF (RAOx)**
*Anthony Bouyer v. Melvin Sarkis Shanoian, et al.*
**CERTIFICATE OF SERVICE**

This is to certify that CARRIE GILMORE declares under penalty of perjury under the laws of the United States of America that the following is true and correct:

I am employed in the City of Woodland Hills, County of Los Angeles, State of California, and a member of the bar of this court. I am a citizen of the United States, over the age of eighteen (18) years, and not a party to or interested in the within entitled action. My business address is 21650 Oxnard Street, Suite 500, Woodland Hills, California 91367.

I certify that on the May 20, 2020, I electronically transmitted the following document described as **STIPULATION TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)** to the Clerk's office using the CM/ECF system for filing and transmittal of a Notice of Electronic Filing to the following registrants:

>   Craig Côté
>   craigc@manninglawoffice.com
>   Joseph R. Manning, Jr.
>   DisabilityRights@manninglawoffice.com
>   **MANNING LAW, APC**
>   20062 S.W. Birch Street, Suite 200
>   Newport Beach, California 92660

Executed on May 20, 2020, at Woodland Hills, California.

               */s/*
            Carrie Gilmore