UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

| | |
|---|---|
| Case No.  **CV 20-3599 MWF (RAOx)** | Date: July 20, 2020 |
| Title  **Anthony Bouyer ~v~ Melvin Sarkis Shanoian, LLC, et al.** | |

Present: The Honorable:   **MICHAEL W. FITZGERALD, United States District Judge**

| Rita Sanchez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings (IN CHAMBERS):**   **COURT ORDER**

In light of Plaintiff's Response to Order to Show Cause Re Dismissal [15] filed July 9, 2020, in which Plaintiff advised the Court that this matter has settled, the Court sets a hearing on **Order to Show Cause Re Dismissal** for **August 31, 2020** at 11:30 a.m.  If a stipulated dismissal is filed prior to this date, the matter will be taken off calendar and no appearances are needed.  All other hearings and deadlines are hereby vacated.

IT IS SO ORDERED.

Initials of Preparer:  RS/sjm